IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18–19–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| CHRISTOPHER ALFRED HERRERAS, | |
| Defendant. | |

United States Magistrate Judge Kathleen L. DeSoto entered Findings and Recommendation in this matter on March 17, 2020. Neither party objected and therefore they are not entitled to *de novo* review of the record. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). This Court will review the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Judge DeSoto recommended this Court accept Christopher Alfred Herreras's guilty plea after Herreras appeared before her pursuant to Federal Rule of Criminal Procedure 11, and entered a plea of guilty to one count of possession

1

with the intent to distribute controlled substances in violation of 21 U.S.C. § 841(a)(1), as set forth in Count II of the Indictment. Defendant further agrees to the forfeiture allegation in the Indictment.

I find no clear error in Judge DeSoto's Findings and Recommendation (Doc. 155), and I adopt them in full, including the recommendation to defer acceptance of the Plea Agreement until sentencing when the Court will have reviewed the Plea Agreement and Presentence Investigation Report.

Accordingly, IT IS ORDERED that Christopher Alfred Herreras's motion to change plea (Doc. 146) is GRANTED and Christopher Alfred Herreras is adjudged guilty as charged in Count II of the Indictment.

DATED this 1st day of April, 2020.

_____
Dana L. Christensen, District Judge
United States District Court