IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER ALFRED HERRERAS,<br><br>Defendant. | CR 18–19–BU–DLC<br><br>ORDER |

The Government has filed an Unopposed Motion for Leave to Present Testimony via Video Conferencing.  (Doc. 167.)   The Government requests that Bozeman Police Department Detective Matthew Slayton be permitted to testify by video conferencing at the upcoming sentencing hearing of Defendant Christopher Alfred Herreras.

IT IS ORDERED that the Motion (Doc. 167) is GRANTED.

DATED this 16th day of July, 2020.

_____
Dana L. Christensen, District Judge
United States District Court